UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:23-cr-10074-FDS |
| | ) | |
| **JEAN MOROSE VILIENA** | ) | |

**Second Supplemental Exhibit List**

| Exhibit No. | Description |
|---|---|
| 1 | Map of Hispaniola |
| 2 | Map of Haiti |
| 3 | Map of Les Irois |
| 4 | Death Certificate of Ecclesiaste Boniface |
| 5 | Photograph of Ecclesiaste Boniface |
| 6 | Photograph of Juders Yseme |
| 7 | Photograph of Nissage Martyr |
| 8 | Map of radio station, Les Irois |
| 9 | U.S. Department of State Application for Immigrant Visa and Alien Registration, Form DS-230 |
| 10 | Certification of Visa Records of the Bureau of Consular Affairs, U.S. Department of State |
| 11 | U.S. Department of State, Case Applicant Summary Detail |
| 12 | CBP Immigrant Data Summary |
| 13 | CBP Change of Address Form |
| 14 | USCIS Form I-89, dated 7/14/2008 |
| 15 | Secondary Close Out form, dated 7/14/2008 |
| 16 | USCIS Letter to defendant, dated 12/17/2008 |
| 17 | USCIS Form I-90, dated 12/23/2008 |
| 18 | Defendant's Lawful Permanent Resident Card |
| 19 | USCIS Form I-90, dated 4/07/2018 |
| 20 | Defendant's Lawful Permanent Resident Card, exp. 3/8/2029 |
| 21 | CBP Close Out records, dated 11/4/2020 |
| 22 | Defendant's Haitian passport |
| 23 | CBP Close Out records, dated 9/28/2021 |
| 24 | CBP Secondary Close Out records, dated 10/9/2022 |

| Exhibit No. | Description |
|---|---|
| 25 | Photographs from search of defendant's cellphone at Derby, VT border crossing |
| 26 | Delta airline records |
| 27 | Photographs of search of defendant's apartment |
| 28 | Videotape of Nissage Marthyr |
| 29 | Translation of Haitian Court Order of Indictment |
| 30 | Translation of Haitian Oath of Office |
| 31 | Facebook Fight Song |
| 32 | David Boniface Human Rights Certificates |
| 33 | David Boniface Pastor Certificate |
| 34 | Videotape of Korega |
| 35 | USCIS Form I-90 |
| 36 | Biometric Page |
| 37 | Petition for Alien Relative Form I-130 |
| 38 | Haitian Court Documents Produced by Viliena |
| 39 | Judgment (Court of First Instance, Les Cayes, July 21, 2025) |
| 40 | Amnesty International Complaint by David Boniface |