UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **No. 1:23-cr-10074-FDS** |
| v. | ) | |
| | ) | |
| JEAN MOROSE VILIENA, | ) | |
| Defendant. | ) | |

_____ )

## DEFENDANT'S TRIAL BRIEF

Now comes the defendant, Jean Viliena, before this Honorable Court, and respectfully submits the instant trial brief to address the legal issues likely to arise at trial.

### Background

Mr. Viliena was charged in an indictment with three counts of fraud and misuse of visas, permits, and other documents in violation of 18 U.S.C. § 1546(a).

### Defendant's Case

Mr. Viliena denies the allegations.  Mr. Viliena has submitted both witness and exhibit lists.  At this point, Mr. Viliena intends to call numerous defense witnesses.

### Stipulations of Fact

At this time, there are no stipulations.  The parties will notify the Court if an agreement is made on any stipulations.

### Reciprocal Discovery

The defendant has produced discovery to the government and is not currently in possession of any reciprocal discovery he would be required to produce to the United States that has not been provided.  The defendant is aware of his discovery obligations and will provide the United States with discovery should this change.

## Motions in Limine

Mr. Viliena has filed numerous motions in limine, as has the United States. This Honorable Court has made provisional or final rulings on many of the issues raised in the motions in limine.

## Exhibits

Both Mr. Viliena and the government had submitted lists of proposed exhibits. Mr. Viliena has moved to exclude several of the government's exhibits via motions in limine; he intends to file an additional motion in limine to address exhibits recently identified by the government in its Second Supplemental Exhibit List.

## Issues Likely to Arise at Trial

In addition to other issues related to motions in limine and exhibits, Mr. Viliena believes that the following will be key legal issues at trial.

### A. Scope of Government Witness Concannon Testimony

Mr. Viliena believes that further discussion and litigation is necessary pertaining to the scope of Brian Concannon's testimony.

### B. Motive, Bias, and Impeachment Evidence Relevant to Government Witnesses' Credibility

Mr. Viliena anticipates that the scope of cross-examination as to the government witnesses' credibility will continue to be litigated throughout the trial, based on their testimony and the evidence as it is presented.

The government states in its trial brief that Mr. Viliena's defense "amounts to a form of jury nullification." This is an unwarranted attack on defense counsel and the defense. Mr. Viliena has explained, more than he is required to, his defense theory, including challenges to the witnesses' credibility. In order to explain the need for Mr. Viliena to bring defense witnesses in from Haiti, Mr. Viliena has explained their importance and how they fit into Mr. Viliena's defense.

Mr. Viliena has evidence, documentary and witness testimony, that cast great doubt on the stories of the government witnesses.  Such evidence would not be presented to create some comparative bad acts analysis that the government suggests, but to call into question the government's version of events and suggest an alternative narrative supported by evidence.

 Respectfully Submitted,

**Jean Morose Viliena**

by his attorney,

*/s/ Jason Benzaken*

_____

Jason Benzaken, Esq.
Benzaken, Maguire, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

DATED:  March 11, 2025

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been served upon the parties and counsel for the United States by CM/ECF.

*/s/ Jason Benzaken*
Jason Benzaken

Dated:  March 11, 2025